No. 877. PRATT & WHITNEY Co. *v.* UNITED STATES. June 3, 1935. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Karl D. Loos, Preston B. Kavanagh,* and *Preston C. King, Jr.,* for petitioner. *So-*

licitor General Reed, Assistant Attorney General Wideman, and Mr. James W. Morris for the United States.